## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| WAYNE WALLINGFORD, SUSAN WALLINGFORD, and BRANDON WALLINGFORD, <br><br> Plaintiffs, <br><br> v <br><br> BROOKE BIEBER, and ALEXANDER BIEBER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL NO. 1:07 CV 158 |

### ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* (#2) of Demosthenes Lorandos of Lorandos & Associates, 214 North Fourth Avenue, Ann Arbor, MI 48104, to appear as counsel for the plaintiffs in this matter filed on April 26, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Demosthenes Lorandos is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: May 3, 2007

Dennis L. Howell
United States Magistrate Judge