# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION
## 1:07cv158

| | |
|---|---|
| WAYNE WALLINGFORD, SUSAN WALLINGFORD, and BRANDON WALLINGFORD, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v | ) ORDER<br>) |
| BROOKE BIEBER, and ALEXANDER BIEBER, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the court upon the plaintiffs' Motion Re-Urging Motion for Admission *Pro Hac Vice* (#12) of Demosthenes Lorandos of Lorandos & Associates, 214 North Fourth Avenue, Ann Arbor, MI 48104, to appear as counsel for the plaintiffs in this matter. As previously required, plaintiff's have retained local counsel, who has appeared and so moved.

It appearing that Mr. Demosthenes Lorandos is a member in good standing with the Michigan Bar and that he will be appearing on all pleadings and at all hearings with a member in good standing with the Bar of this court, Mr. Michael G. Wimer, the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion Re-Urging Motion for Admission *Pro Hac Vice* (#12) of Demosthenes Lorandos is **ALLOWED**, and Mr. Demosthenes Lorandos is admitted to appear *pro hac vice* as counsel of record in this matter while appearing with Mr. Wimer.

Signed: June 25, 2007

_____
Dennis L. Howell
United States Magistrate Judge