**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:07cv158**

| | | |
|---|---|---|
| **WAYNE WALLINGFORD, SUSAN** | ) | |
| **WALLINGFORD, and BRANDON** | ) | |
| **WALLINGFORD,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| **v** | ) | |
| | ) | |
| **BROOKE BIEBER, and** | ) | |
| **ALEXANDER BIEBER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon the plaintiffs' Notice Regarding Rule 26(f) Conference. The court greatly appreciates such notice and plaintiffs' prompt attempts to comply with that notice; however, the court advises the parties that on June 1, 2007, this district began implementation of a proposed Local Civil Rule that would require parties to conduct a conference and engage in discovery well before issues traditionally "joined" in this division of the court.

The parties are advised that this court will "stay" the requirement of an early Rule 26(f) conference and discovery inasmuch as the district judge to whom this case is assigned prefers that discovery not be conducted until such time as issues have actually joined. In this division, the court has found that because the scope of discovery is limited by the issues in the case, it is nearly impossible to engage in meaningful discovery until answer is filed. The parties are further advised that this stay is not unique to this case, but will likely be imposed in all civil cases in the Asheville and Bryson City Divisions. Due to the control exercised over the docket in this division, Motions to Dismiss are traditionally resolved quickly, resulting in little delay

in joinder of issues and the commencement of discovery.

## ORDER

**IT IS, THEREFORE, ORDERED** that the requirement of a Rule 26(f) conference and discovery are **STAYED** pending further Order of this court.

Signed: June 28, 2007

Dennis L. Howell
United States Magistrate Judge