# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION
## 1:07cv158

| | |
|---|---|
| WAYNE WALLINGFORD, SUSAN WALLINGFORD, and BRANDON WALLINGFORD, <br><br> Plaintiffs, <br><br> v <br><br> BROOKE BIEBER, and ALEXANDER BIEBER, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on the joint Motion for 60-Day Stay (#23). For cause the parties have shown that the state court in Missouri has issued decisions and that such judicial process has caused the parties to discuss resolution of that action as well as the action pending in this court. The proposed stay would be in conformity with the decisions of this court in Mims v. Helmrich, 2:07cv8 (W.D.N.C. 2007) and the district court in Maynard v. Craft, 1:03cv144 (W.D.N.C. 2003)(Thornburg, J.).

Finally, the undersigned wishes to commend the parties on their efforts in resolving this matter. The parties are strongly encouraged to continue to use best efforts to amicably resolve all remaining differences. While there are clearly areas of difference between these parties, the reason they are in court is the same reason they should reach a resolution out of court - - the well being of their daughter and grand daughter. Regardless of who has custody for next few years, a child would benefit throughout her life by knowing that she has parents, step parents, and grand parents who decided to put their personal and philosophical differences aside and

agreed to use that energy and those resources to simply support her. Put another way, the incredible sums that are spent on litigation could, instead, be set aside for college, which would be an expression of affection from which the child and society would benefit for years far beyond the reach of any court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for 60-Day Stay (#23) is **GRANTED,** and this action and all deadlines herein are **STAYED** for 60 days.

Signed: September 14, 2007

Dennis L. Howell
United States Magistrate Judge