IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv158

| | |
|---|---|
| WAYNE WALLINGFORD, SUSAN WALLINGFORD, and BRANDON WALLINGFORD, <br><br>Plaintiffs,<br><br>v<br><br>BROOKE BIEBER, and ALEXANDER BIEBER,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the court on the plaintiffs' Motion for Extension of Stay (#25). For cause, plaintiffs have shown that the state court in Missouri has issued decisions, that such judicial process has caused the parties to discuss resolution of that action, and that such discussions are ongoing. Counsel for plaintiffs has advised that he has attempted to confer with defendant' counsel, however, those attempts have not yielded a response. Finding that the further stay would be in conformity with the decisions of this court in Mims v. Helmrich, 2:07cv8 (W.D.N.C. 2007) and the district court in Maynard v. Craft, 1:03cv144 (W.D.N.C. 2003)(Thornburg, J.), the court will summarily grant such relief.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Extension of Stay (#25) is **GRANTED,** and this action and all deadlines herein are further **STAYED** through December 17, 2007.

Signed: November 15, 2007

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge