# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv158

| | |
|---|---|
| WAYNE WALLINGFORD, SUSAN WALLINGFORD, and BRANDON WALLINGFORD, <br><br> Plaintiffs, <br><br> v <br><br> BROOKE BIEBER, and ALEXANDER BIEBER, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on the plaintiffs' Motion for Extension of Stay (#27). For cause, plaintiffs have shown that the state court in Missouri has issued decisions, that such judicial process has caused the parties to discuss resolution of that action, that such decision is now on appeal, and that such discussions are ongoing. Counsel for plaintiffs has advised that he has conferred with defendants' counsel, who opposes such request. No response to this motion was filed by the deadline of January 4, 2008. Finding that the further stay would be in conformity with the decisions of this court in <u>Mims v. Helmrich</u>, 2:07cv8 (W.D.N.C. 2007) and the district court in <u>Maynard v. Craft</u>, 1:03cv144 (W.D.N.C. 2003)(Thornburg, J.), the court will summarily grant such relief.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Extension of Stay (#27) is **GRANTED,** and this action and all deadlines herein are further **STAYED** through February 29, 2008.

Signed: January 9, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge