# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION
## 1:07cv158

| | |
|---|---|
| WAYNE WALLINGFORD; SUSAN WALLINGFORD; and BRANDON WALLINGFORD, <br><br> Plaintiffs, <br><br> Vs. <br><br> BROOKE BIEBER; and ALEXANDER BIEBER, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on review of the stay in this matter. Upon plaintiffs' Motion for Extension of Stay (#27), the court extended the stay through February 29, 2008. Since such deadline expired, the parties have not informed the court of any necessity for further stay or reported any resolution. The stay having dissolved, the court will now set all motions now pending for hearing.

## ORDER

**IT IS, THEREFORE, ORDERED** that the **STAY** is lifted, and all pending motions are calendared for hearing on Friday, March 14, 2008, at 12 noon in Courtroom No. 2 in Asheville.

Signed: March 6, 2008

Dennis L. Howell
United States Magistrate Judge